25-CR-166 3

United States Courts
Southern District of Texas
FILED

APR 16 2026

Nathan Ochsner, Clerk of Court

Case No. _____

Dear Clerk,

I am incarcerated in the Federal Bureau of Prison serving a term of 31 ___ months. I am appealing my case because I believe that it has been a serious error in my conviction and sentence.

I am asking you to please send me a copy of Docket Sheet, Plea Agreement, Factual Stipulation, and the Judgment of Commitment. I do not have any money to pay for these documents.

The Court appointed me a attorney to represent me at trial. I have no attorney and I would like to challenge my conviction and sentence before the one year time limit expire. Your help will be highly appreciated in sending me the requested documents.

Respectfully Submitted

X Quinton Wayne Hogan #73407511