# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-25-166-002 |
| | § | |
| ASHLEY DIANE GRAY | § | |

## GOVERNMENT'S MOTION TO DISMISS

TO THE HONORABLE COURT:

Pursuant to the plea agreement, the United States of America moves to dismiss

Counts Two though Eleven of the indictment against the defendant.  The defendant

has been convicted and sentenced on Count One.

        Respectfully Submitted,

        JOHN G.E. MARCK
        Acting United States Attorney

        JAY HILEMAN
        Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA §
§
v. § CRIMINAL NO. H-25-166-002
§
ASHLEY DIANE GRAY §

## **ORDER**

The government's motion to dismiss Counts Two through Eleven of the indictment is granted.

**IT IS ORDERED** that Counts Two through Eleven of the indictment are dismissed because the defendant has been convicted and sentenced under Count One.

SIGNED in Houston, Texas on _____, 2026.

_____
UNITED STATES DISTRICT JUDGE