**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-25-166-002 |
| | § | |
| ASHLEY DIANE GRAY | § | |

**GOVERNMENT'S MOTION TO DISMISS**

TO THE HONORABLE COURT:

Pursuant to the plea agreement, the United States of America moves to dismiss

Counts Two though Eleven of the indictment against the defendant.  The defendant

has been convicted and sentenced on Count One.

Respectfully Submitted,

JOHN G.E. MARCK
Acting United States Attorney

JAY HILEMAN
Assistant United States Attorney